UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br><br>ASUS Notebook PC, Model no. ZL3, Serial )<br>no. LXTAH0600653400AC5EMS00 )<br>Compaq Personal Computer, model no. )<br>Presario CQ5814, serial no. 3CR11918R7. )<br>)<br>)<br>) | No. 4:18 MJ 3283 NCC |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the warrant along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney

Signed this 24th day of March 2022.